**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL F. CLAY,** | ) | **CASE NO. 5:09cv2600** |
| | ) | |
| Petitioner, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| **KEITH SMITH, Warden** | ) | |
| | ) | |
| Respondent. | ) | |

Before the Court is the Report and Recommendation of Magistrate Judge issued ("R & R") (**Doc #: 11**). Petitioner has filed a 28 U.S.C. § 2254 petition for writ of habeas corpus.

On August 30, 2010, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the habeas petition be denied. Under the relevant statute:

> Within *ten days* after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (1988) (emphasis added). On September 14, 2010, Petitioner was granted an extension until October 4, 2010 to file objections to the R&R. It is now October 13, 2010, and Petitioner has yet to file his any objections or request a further extension.

The failure to timely file written objections to a Magistrate Judge's R & R constitutes a waiver of a <u>de novo</u> determination by the district court of an issue covered in the report. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>see</u> <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's thorough and well-written R & R (**Doc #: 11**) and hereby **ADOPTS** it. Accordingly, Petitioner's petition for writ of habeas corpus is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster     October 13, 2010*
**Dan Aaron Polster**
**United States District Judge**